UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM SHIELL, IV, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-848** |
| **JOSEPH G. JONES, ET AL.** | **SECTION I** |

# ORDER

Defendants Joseph G. Jones, Brian Berns, Kristina Skold Clark, and David F. Waguespack (collectively, the "defendants") have filed a motion for summary judgment requesting the dismissal, with prejudice, of all of plaintiffs William Shiell, IV and Janet Marie Broussard Shiell's (collectively, the "plaintiffs") claims.[1]

Assuming the Federal Rules of Civil Procedure permit the defendants to file a motion for summary judgment before or in lieu of an answer, *compare*, *e.g.*, *A & P Enters., LLC v. City of Gulfport*, No. 10-473, 2011 WL 282380, at *1 (S.D. Miss. Jan. 26, 2011) *with*, *e.g.*, *Marquez v. Cable One, Inc.*, 463 F.3d 1118, 1120 (10th Cir. 2006), the defendants' motion for summary judgment was not filed in accordance with the Court's policy regarding such motions, which provides:

> Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties.

Furthermore, although the motion is styled as a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, portions of the motion

---

[1] *See generally* R. Doc. No. 3.

challenge the sufficiency of the plaintiffs' complaint and are, therefore, properly brought pursuant to Rule 12(b)(6).

Accordingly,

**IT IS ORDERED** that the motion for summary judgment is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, March 28, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**